# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 16-3889

———————————————

Deon Eli Anderson

*Plaintiff - Appellant*

v.

Department of the Air Force

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

——————————

Submitted: May 30, 2017
Filed: June 2, 2017
[Unpublished]

——————————

Before WOLLMAN, BOWMAN, and RILEY, Circuit Judges.

——————————

PER CURIAM.

Deon Eli Anderson appeals the district court's[1] adverse grant of summary judgment in his action under the Administrative Procedure Act (APA), in which he

---

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

challenged a term of debarment from entering into federal government contracts. He argued that the length of the term of debarment imposed by the Department of the Air Force violated federal law. We agree with the district court that there is no basis for concluding that the length of the term was not in accordance with the law or was arbitrary, capricious, or an abuse of discretion. See Rohr v. Reliance Bank, 826 F.3d 1046, 1052 (8th Cir. 2016) (reviewing de novo grant of summary judgment); Bettor Racing, Inc. v. Nat'l Indian Gaming Comm'n, 812 F.3d 648, 651 (8th Cir. 2016) (de novo review of district court's decision on whether agency action violated APA). We deny Anderson's pending motion to supplement the record. The judgment is affirmed. See 8th Cir. R. 47B.

_____